MCH

AO 91 (Rev 11/11) Criminal Complaint

FILED ___ ENTERED
LOGGED ___ RECEIVED

# UNITED STATES DISTRICT COURT
for the
District of Maryland

JUL 26 2016

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| | ) | |
| Terez Simpson | ) | |
| | ) | |

16-1899SAG

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of    March 9, 2016    in the county of    Baltimore City    in the
District of    Maryland    , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 922(g)(1) | Possession of a firearm prohibited person |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

TFo /s/
*Complainant's signature*

TFO Anthony Cirillo - ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: July 22, 2016

City and state:    Baltimore, Maryland

*Judge's signature*

Stephanie A. Gallagher, U.S. Magistrate Judge
*Printed name and title*



**16-1899SAG**

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

Your Affiant, Task Force Officer Anthony Cirillo, deposes and states as follows:

1. Your affiant, Detective Anthony Cirillo, has been a sworn member of the Baltimore City Police Department since 1999 (17 years) and is currently assigned to the Operational Investigative Division (OID) / Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) as a Task Force Officer. During your affiant's 17 years with the Baltimore City Police Department, I have received over 200 hours of specialized training in gang and narcotics enforcement. Past assignments have included uniformed patrol, K9 Handler (Special Operations Section), the Criminal Investigations Division as a shootings and robbery detective, the Advanced Technical Team that is responsible for investigative electronic surveillance and TIII Wiretap investigations and facilitation and Operation Ceasefire which involved Narcotics and Violent Repeat Offender Enforcement. While assigned to these units, your affiant has conducted numerous investigations of criminal activity including, but not limited to narcotics investigations, violent crimes, property crimes, gang related crimes and firearms violations to include Title III Wiretap investigations. Your affiant has written and participated in the service of countless search and seizure warrants resulting in the seizure of illegal narcotics, firearms and other evidence related to violations of the law. Your affiant has also made or participated in countless arrests for CDS violations in my 17 years of experience as a Police Officer / Detective / Task Force Officer resulting in the seizure of CDS.

2. I make this Affidavit in support of a Criminal Complaint charging the defendant, Terez SIMPSON (year of birth 1990), with possession of a firearm by a previously convicted person in violation of 18 U.S.C. § 922(g)(1). This Affidavit is based on information I have received from other law enforcement officers and witnesses. I have not included all of the information known to law enforcement officers in this Affidavit, but I do not believe that I have omitted any information that would tend to defeat a showing of probable cause.

3. On March 9, 2016 at approximately 6:00 p.m., Police Officers (P/O) Steve Vinias, Donald Muir and Ryan Welsh were driving southbound in the 4900 block of Palmer Avenue while in an unmarked police vehicle wearing tactical vests. As the officers approached the intersection of Oakley and Palmer Avenues, P/O Vinias noticed a tall light skin male reaching into the passenger window of a silver BMW.

4. As the officers drove closer and crossed into the intersection they could see into the front windshield of the BMW. The driver was observed by the officers taking an object, consistent with the shape and size of CDS from the tall male.

5. At this time the officer's presence was unnoticed. After observing what the officers believed was a CDS transaction, the officers stopped their vehicle and exited same. Once the officers were out of their patrol vehicle, the silver BMW sped off at a high rate of speed.

6. It was at this time that officers recognized the tall light skin male as Terez SIMPSON. As P/O Welsh approached SIMPSON, SIMPSON put his hands in the air and stated that he had a gun. P/O Welsh then retrieved a black H&R Model 732 .32 caliber revolver handgun bearing serial number AM66344 loaded with five live rounds from the defendant's right jacket pocket.

7. During a search incident to arrest of the defendant's person, officers located within SIMPSON's right breast pocket two clear top vials, two green top vials and two purple top vials containing white rock substance, suspected cocaine. Also located within SIMPSON's left jacket pocket was a napkin containing loose white rock substance, suspected cocaine.

8. All seized property, to include the handgun and CDS was subsequently submitted to the Baltimore City Police Evidence Control Unit (ECU) by P/O Welsh.

9. Prior to March 9, 2016, the defendant had been convicted in a court of a crime punishable by a term of imprisonment exceeding one year. The handgun has been examined and appears to be capable of expelling a projectile by the action of an explosive. The handgun was not manufactured in the state of Maryland, and the weapon therefore traveled in interstate commerce prior to its recovery on March 9, 2016.

TFO

Task Force Officer Anthony Cirillo
Bureau of Alcohol, Tobacco, Firearms and Explosives


Sworn to and subscribed before me
This ___ day of July 2016 at Baltimore, Maryland

Stephanie A. Gallagher
United States Magistrate Judge
District of Maryland